252 U. S.    Decisions on Petitions for Writs of Certiorari.

Nos. 779 and 780. UNITED STATES *v.* NATIONAL SURETY COMPANY. April 19, 1920. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *The Solicitor General* and *Mr. Assistant Attorney General Spellacy* for the United States. *Mr. S. W. Fordyce* and *Mr. Thomas W. White* for respondent.

---

No. 836. H. SNOWDEN MARSHALL, AS RECEIVER, ETC. *v.* PEOPLE OF THE STATE OF NEW YORK. April 19, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. A. S. Gilbert* and *Mr. William J. Hughes* for petitioner. *Mr. Cortlandt A. Johnson* for respondent.

---

## (B.) PETITIONS DENIED.

No. 678. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY *v.* O. C. SWAIM. March 8, 1920. Petition for a writ of certiorari to the Supreme Court of the State of Iowa denied. *Mr. Joseph G. Gamble, Mr. Thomas P. Littlepage* and *Mr. Sidney F. Taliaferro* for petitioner. *Harriet B. Evans* for respondent.

---

No. 682. J. B. POLLARD *v.* UNITED STATES. March 8, 1920. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. William H. Atwell* for petitioner. *Mr. Assistant Attorney General Stewart* and *Mr. H. S. Ridgely* for the United States.

---

No. 686. ADA GRIFFITH *v.* UNITED STATES. March 8, 1920. Petition for a writ of certiorari to the Circuit Court